Rose C. Wehrle, plaintiff in error, v. Jesse R. Wehrle, defendant in error.

Petition for the modification of an alimony decree. Decree modified after payment of delinquent amounts by petitioner. Error to the Circuit Court of Fayette county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.

F. M. Guinn, for plaintiff in error. Matheny & Welker, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

A. G. Erlinger, appellee, v. Carl Wiegman, appellant.

Action against the driver and the owner of an automobile for personal injuries received by plaintiff when struck by the car. Verdict against "the defendant," motion for new trial overruled, suit against the driver dismissed and judgment rendered against the owner. Appeal from the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed July 11, 1922.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. McCawley Baird, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Bulgarian Macedonian Holy Trinity Church and Christo I. Karabosheff for use of E. C. Robinson Lumber Company, appellee, v. Insurance Company of North America, garnishee, and trustees of Bulgarian Holy Trinity Church, claimants, appellants.

Garnishment proceeding. Finding by the jury that the garnishee was indebted to the judgment debtor and judgment rendered for the use of the plaintiff. Appeal from the County Court of Madison county; the Hon. J. E. Hillskotter, Judge, presiding. Heard in this court at the March term, 1922. Reversed. Opinion filed July 11, 1922.

A. R. Johnson, for appellants. Henry Connole, for garnishee. E. L. Maher and Perry H. Hiles, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Helen Jankowski, defendant in error, v. Jim Lazaroff, plaintiff in error.

Suit for breach of promise of marriage. Judgment for plaintiff. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed July 11, 1922.

Harold J. Bandy, for plaintiff in error. T. C. O'Connor, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

Charles Brussel, appellee, v. Earl C. Huggins et al., appellants.

Suit to rescind and cancel a contract for the purchase of real estate and to recover money paid thereon because of false and fraudulent representations. Decree for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.